UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LATRICE TAMPLIN,

    Plaintiff,

v.                                      CASE NO.:  6:16-cv-00229-PGB-KRS

ALLY FINANCIAL INC.,

    Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Latrice Tamplin, and Defendant, Ally Financial Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 18th day of January, 2017

| /s/ *Alexandra N. Krasovec* | /s/ *Jared M. Lee* |
|---|---|
| Eric J. Troutman, Trial Counsel (PHV) | Jared M. Lee, Esquire |
| Alexandra N. Krasovec (PHV) | Florida Bar No.: 0052284 |
| DORSEY & WHITNEY LLP | Morgan & Morgan, Tampa, P.A. |
| 600 Anton Boulevard, Suite 2000 | 20 N. Orange Ave., Ste. 1600 |
| Costa Mesa, California 92626-7655 | Orlando, FL 32801 |
| Telephone: (714) 800-1400 | Tele: (407) 420-1414 |
| Facsimile: (714) 800-1499 | Fax: (407) 245-3485 |
| troutman.eric@dorsey.com | JLee@ForThePeople.com |
| krasovec.alexandra@dorsey.com | MHoilett@ForThePeople.com |

David E. Hicks   *Counsel for Plaintiff*
Florida Bar No. 0368245
1511 N. Westshore Blvd., Suite 400
Tampa, FL 33607
Telephone: (813) 223-1697
Facsimile: (813) 433-5275
dhicks@kelleykronenberg.com
*Counsel for Defendant Ally Financial Inc.*